IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RESTAURANT LAW CENTER, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, ET AL., <br><br> Defendants. | Civil Action No. 18cv567 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Restaurant Law Center discloses that it has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,

By: /s/ Greta Ravitsky

| | |
|---|---|
| ANGELO I. AMADOR (motion for admission *pro hac vice* forthcoming) <br> RESTAURANT LAW CENTER <br> 2100 L Street, N.W., Suite 700 <br> Washington, D.C. 20036 <br> Tel: 202.331.5913 <br> Fax: 202.973.3952 <br> AAmador@restaurant.org | PAUL DECAMP (motion for admission *pro hac vice* forthcoming) <br> EPSTEIN, BECKER & GREEN, P.C. <br> 1227 25th Street, N.W., Suite 700 <br> Washington, D.C. 20037 <br> Tel: 202.861.0900 <br> Fax: 202.296.2882 <br> PDeCamp@ebglaw.com <br><br> GRETA RAVITSKY <br> EPSTEIN, BECKER & GREEN, P.C. <br> Two Houston Center <br> 909 Fannin, Suite 3838 <br> Houston, TX 77010 <br> Tel: 713.300.3215 <br> Fax: 713.300.3235 <br> GRavitsky@ebglaw.com |

*Counsel for Plaintiffs*

July 6, 2018