IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RESTAURANT LAW CENTER, a non-profit District of Columbia corporation; and TEXAS RESTAURANT ASSOCIATION, a non-profit Texas corporation, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION No. 1:18-cv-00567-RP |
| UNITED STATES DEPARTMENT OF LABOR; R. ALEXANDER ACOSTA, Secretary of the United States Department of Labor, in his official capacity; and BRYAN JARRETT, Acting Administrator of the Department of Labor's Wage and Hour division, in his official capacity, | § § § § § § § § § | |
| Defendants. | § § | |

**DEFENDANTS' SECOND UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' COMPLAINT**

Defendants United States Department of Labor and R. Alexander Acosta and Bryan Jarrett, in their official capacities, by and through undersigned counsel, respectfully move this Court under Federal Rule of Civil Procedure 6(b)(1)(A) to extend the time to respond to Plaintiffs' Complaint by seven days, until November 30, 2018.

Defendants have been working with Plaintiffs in this case to try and resolve the Complaint amicably and without the need for further litigation. However, in light of the Thanksgiving holidays and the number of parties involved, more time is necessary.

Defendants previously sought an extension on November 9, 2018, which was unopposed.

This extension will not prejudice either party, nor will it affect any future deadlines or the orderly management of this case. On November 21, 2018, undersigned counsel conferred with counsel for Plaintiffs, who indicated that they would not oppose this motion.

                                                  Respectfully submitted,
                                                  **JOHN F. BASH**
                                                  United States Attorney

By:    */s/ Kartik Venguswamy*
           **KARTIK N. VENGUSWAMY**
           Assistant United States Attorney
           U.S. Attorney's Office
           816 Congress Avenue, Suite 1000
           Austin, Texas 78701
           (512) 370-1294 (phone)
           (512) 916-5854 (fax)
           kartik.venguswamy2@usdoj.gov

           **ATTORNEYS FOR DEFENDANTS**
           **UNITED STATES DEPARTMENT OF LABOR,**
           **R. ALEXANDER ACOSTA, AND**
           **BRYAN JARRETT**

## CERTIFICATE OF SERVICE

I certify that on November 21, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record in this case.

                                                  */s/ Kartik Venguswamy*
                                                  KARTIK N. VENGUSWAMY
                                                  Assistant United States Attorney

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| RESTAURANT LAW CENTER, a non-profit District of Columbia corporation; and TEXAS RESTAURANT ASSOCIATION, a non-profit Texas corporation, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION No. 1:18-cv-00567-RP |
| UNITED STATES DEPARTMENT OF LABOR; R. ALEXANDER ACOSTA, Secretary of the United States Department of Labor, in his official capacity; and BRYAN JARRETT, Acting Administrator of the Department of Labor's Wage and Hour division, in his official capacity, | § § § § § § § § § | |
| Defendants. | § § | |

## [PROPOSED] ORDER

On November 21, 2018, Defendants filed their Second Unopposed Motion for an Extension of Time to Respond to Plaintiffs' Complaint. Plaintiffs do not oppose this motion.

Having considered Defendant's Motion, this Court **GRANTS** the motion for good cause shown.

Defendant shall have until November 30, 2018, to respond to Plaintiffs' Complaint.

Signed this _____ day of _____, 2018, in Austin, Texas.

_____
HON. ROBERT PITMAN
UNITED STATES DISTRICT JUDGE